U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Feb 12 - 2024**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

6th Judicial Division

| | | |
|---|---|---|
| April Chandler | ) | Case No. 3:24-cv-206 (GTS/ML) |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Mark Skipper aka Skip Archimedes, Michael Maloy, Thomas Harrison, David Guc, Empirical Media LLC, Empirical Reality LLC, "see attached" | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.        The Parties to This Complaint**

    **A.        The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | April Chandler |
| Street Address | Confidential Address - Ordered by Judge Young, Broome Court |
| City and County | Broome County |
| State and Zip Code | New York |
| Telephone Number | 310 666 7462 |
| E-mail Address | april@aprilchandler.com |

    **B.        The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name      Mark Skipper aka Skip Archimedes
    Job or Title *(if known)*
    Street Address      47 archdale close
    City and County      kings Lynn, norfolk
    State and Zip Code      United Kingdom pe330qg
    Telephone Number      +44 (0) 7774 667354
    E-mail Address *(if known)*      skipprivate@gmail.com

Defendant No. 2

    Name      Michael Maloy
    Job or Title *(if known)*      Editor
    Street Address      440 N VENICE BLVD
    City and County      VENICE, Los Angeles
    State and Zip Code      California 90291-4531
    Telephone Number      310 962 3122
    E-mail Address *(if known)*      maloytv@mac.com

Defendant No. 3

    Name      Thomas Harrison
    Job or Title *(if known)*      Talent Manager
    Street Address      12115 SAN VICENTE BLVD UNIT 111,
    City and County      LOS ANGELES
    State and Zip Code      California 90049-4929
    Telephone Number      310 614 1468
    E-mail Address *(if known)*      tom@vanguard-management.com

Defendant No. 4

    Name      David Guc
    Job or Title *(if known)*      Talent Manager
    Street Address      8060 Melrose Avenue– Suite 400
    City and County      Los Angeles
    State and Zip Code      California 90046
    Telephone Number      323 655 0400
    E-mail Address *(if known)*      david@vanguard-management.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The U.S. Copyright Act, (codified at 17 U.S.C. §§ 101 - 810), is federal legislation which protects the writings of authors, which includes motion pictures.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* April Chandler, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Mark Skipper aka Skip Archimedes, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* United Kingdom.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants have cost Plaintiff loss of earnings of more than USD$246,000 and could exceed USD$2.5m in damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants are using Plaintiff's intellectual property, falsly claiming ownership of material, using footage owned by Plaintiff on Defendants YouTube channel: https://www.youtube.com/watch?v=UE-oxT_AzJg , http://www.youtube.com/watch?v=TKD-Z6yseTo and on other platforms to extort money out of unknowing victims to invest in Defendants, who have never owned film or the interviews by experts cast in this film. Cast do not know Defendants nor have they signed video releases for Defendants to use their interviews given Plaintiff owns all content and has a clean chain of title. Defendants refuse to return footage, video releases, contracts sent in good faith and trust, or delete from devices, intent on using Plaintiff's property to make a film together that Defendants don't have permission to use.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks a court order to restrain Defendants from further copyright infringement. Defendants have directly damaged Plaintiff's relationship with Sales Agent for International Distribution and Plaintiff's reputation with harmful false statements, including a website Defendants and their friend Greg Ellis aka Jonathan Rees aka Jonny Rees set up to harm Plaintiff, creating chaos and spreading falsehoods in order to benefit financially from Plaintiff's creativity, originality and fixation. Defendants intent to scare Plaintiff into silence and not pursue Defendant's criminally or civil action against Defendants with ongoing bullying, harassment, stalking and terror, which Plaintiff does not believe would happen to a male filmmaker.

Plaintiff will be asking the Court for punitive damages given Defendants are aware their actions are wrong towards Plaintiff, along with ongoing abuse of Plaintiff's property through piracy and counterfeiting. Plaintiff will be seeking compensation for loss of earnings, reputation savaging and other relief as determined by the court.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2024

Signature of Plaintiff: April Chandler
Printed Name of Plaintiff: April Chandler

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Print | Save As... | Add Attachment | Reset

Defendants Continued:

Vanguard Management Team, Inc.,
Harrison Thomas Group LLC

1.B The Defendants

Defendant No.5:

Empirical Media LLC
440 N VENICE BLVD
VENICE, Los Angeles
California 90291-4531

310 962 3122
maloytv@mac.com

Defendant No.6:

Empirical Reality LLC
440 N VENICE BLVD
VENICE, Los Angeles
California 90291-4531

310 962 3122
maloytv@mac.com

Defendant No.7:

Vanguard Management Team, Inc.
8060 Melrose Avenue– Suite 400
Los Angeles
California 90046

323 655 0400
david@vanguard-management.com

Defendant No.8:

Harrison Thomas Group LLC
8060 Melrose Avenue– Suite 400
Los Angeles
California 90046

310 614 1468
tom@vanguard-management.com

2.A The Defendants

(II) Michael Maloy, Citizen of California.
(III) Thomas Harrison, Citizen of California.
(IV) David Guc, Citizen of California.
(V) Empirical Media LLC, Corporation in California, principal place of business in the State of California.
(VI) Empirical Reality LLC, Corporation in California, principal place of business in the State of California.
(VII) Vanguard Management Team, Inc Corporation in California, principal place of business in the State of California.
(VIII) Harrison Thomas Group LLC, Corporation in California, principal place of business in the State of California.