U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Mar 06 - 2024**

John M. Domurad, Clerk

## UNITED STATES DISTRICT COURT

### Northern District of New York

### 6th Judicial Division

| | | |
|---|---|---|
| _____ ) | | |
| APRIL CHANDLER. ) | | Case No.3:24 CV-206 |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| -against- ) | | |
| ) | | **ANSWER AND EXHIBITS** |
| ) | | |
| MARK SKIPPER AKA SKIP ARCHIMEDES, ) | | |
| MICHAEL MALOY, TOM HARRISION, ) | | |
| DAVID GUC ET AL. ) | | |
| ) | | |
| Defendants ) | | |
| _____ ) | | |

Petitioner emailed Defendants asking for their attorney's information to cc. court documents. Defendants were not served via email. LA County Sheriffs have been sent court documents and they will send Petitioner proof of service after they have served Defendants, which Petitioner will submit to the Court on receipt.

In regards to Federal Copyright, Petitioner has filed with the Copyright office 1-13494149971, however, Defendant Michael Maloy submitted a fraudulent application to the Copyright office for Petitioners project Quest For Youth. The application clearly asks if the person applying is a "work for hire", which deems Defendant's application void. Defendant was brought onto project under "work for hire" as shown in the following Exhibits.

Signed: _____

Petitioner

Date: 03/06/2024

# EXHIBIT 1

## Submission of Federal Copyright
## Quest For Youth Documentary Film by Petitioner April Chandler



EXHIBIT 2

FOUNTAIN OF YOUTH – LATEST FILM CUT UPLOADED TO VIMEO 2 YEARS PRIOR TO KNOWING DEFENDANTS MICHAEL MALOY, TOM HARRISON, DAVID GUC.

PRIOR TO PETITIONER AGREEING DISTRIBUTION DEAL WITH BIG MEDIA, PETITIONER CHANGED THE FILM NAME TO QUEST FOR YOUTH FROM FOUNTAIN OF YOUTH. ORIGINAL NAME ETERNAL YOUTH WAS CHANGED TO FOUNTAIN OF YOUTH BY PETITIONER IN 2016.



EXHIBIT 3

EVIDENCE OF APPLE PAY TO MIKE MALOY DEMONSTRATING HE WAS
WORKING FOR PETITIONER ON A "WORK FOR HIRE" BASIS AS EDITOR.

# $2,500.00

To Michael Maloy
2/27/23, 11:40

**Status: Completed**
Sent to Michael Maloy

| | |
|---|---|
| From Apple Cash | $139.89 |
| From FRB ATM Visa Debit | $2,360.11 |
| **Sent** | **$2,500.00** |

Send Again

Transaction ID
304550b96183

< Back

# $2,500.00

To Michael Maloy
9/7/23, 17:49

**Status: Completed**
Sent to Michael Maloy

**Sent**                              $2,500.00

Send Again

Transaction ID
b7fdbef1c604

# $2,500.00

To Michael Maloy
3/15/23, 21:59

**Status: Completed**
Sent to Michael Maloy

**Sent**  $2,500.00

Send Again

Transaction ID
847f760d5da9



# $2,500.00

To Michael Maloy
3/8/23, 10:03

**Status: Completed**
Sent to Michael Maloy

**Sent**                        $2,500.00

Send Again

Transaction ID
289b1187286e

‹ Back

# $2,500.00

To Michael Maloy
3/6/23, 18:33

**Status: Completed**
Sent to Michael Maloy

**Sent**                     $2,500.00

Send Again

Transaction ID
20b1da389696



## Michael Maloy
Editor

| 2/27/23 | $2,500.00 › |
| Sent | |

## History

| 9/7/23 | $2,500.00 › |
| Sent | |

| 3/15/23 | $2,500.00 › |
| Sent | |

| 3/8/23 | $2,500.00 › |
| Sent | |

| 3/6/23 | $2,500.00 › |
| Sent | |

EXHIBIT 4

EVIDENCE OF TEXT MESSAGES BETWEEN PETITIONER AND MIKE
MALOY IN 2023 DEMONSTRATING PETITIONER SENT RAW FILM
FOOTAGE TO DEFENDANT TO EDIT FILM QUEST FOR YOUTH AS A
"WORK FOR HIRE" EDITOR.

Fri, Aug 18 at 10:54

Good morning Mike. According to tracking, the parcel is out for delivery.

You might actually get it!!! I can't believe it after all the ups and downs in relation to this.

Amazing!

Fri, Aug 18 at 18:13



Hey, just letting you know it's saying they attempted delivery.

I'll go pick it up at the post office.

I just wanted to let you know. 😊

Danke!

I can pick it up first thing tomorrow am and will let you know when it's in my hands.

Great. That will be good to know! 🙏

iMessage

Sat, Aug 19 at 12:21



Success!!!!

Sat, Aug 19 at 15:22

Hooray! I'm so glad you have them!! :) I never like sending drives through the mail for obvious reasons, but had no choice as other attempts had failed miserably.

I'm going through all the footage now and everything seems to be there.

iMessage



GIPHY via #images

Mon, Aug 21 at 17:12

Hi April, I've consolidated

all the media on to one drive and am now going through all the footage and making selects. Then I

I'll start putting the film together. A couple of notes, 1) there isn't that much Red footage, so there won't be any budget implications and 2) there's some awesome drone work.

I can get your drives back to you.

Hey Mike, that's quick. 👏👏🙏🙏

I knew there was a lot of duplication on these drives as i had multiple people working on it over the years

A lot of nice footage in Mexico when we filmed Skip.

Turns out there wasn't that much duplication of the primary footage.



iMessage

Sun, Aug 27 at 14:23

Happy weekend indeed April. It's a lovely late August day here at the beach. Before I answer your question about new interviews, let me give you an update.

I've gone through all the material and listened to all the interviews. I'm very happy with all the nuance I've found within them which will allow the film to be very expressive while conveying information.

There are so many great characters and each one has a distinct personality which will be brought out.

The only people I'd leave out are Guy Obelinsky and Brandon Bays. Everyone else is a winner.

Now that I know the material and understand what's available, I can say with confidence that we can come in at a total budget of $50k.

I anticipate a first cut by the end of

iMessage

# EXHIBIT 5

## PRIOR NAME OF DOCUMENTARY FILM FOUNTAIN OF YOUTH LISTED ON IMDB IN 2018. UPDATED TO POST PRODUCTION 30TH SEPTEMBER 2023.





## QFY
85 min | Documentary

Edit page   Add to list   Tracking   ⋮

Producer    April Chandler

Find more **movies** with Discover Titles.

🌲 580,025

**Status**

Post-Prod      Edit ✎
Updated Sep 30, 2023

### Contacts          + Add

**Production Company**

**Mephobia Media**
mephobiamedia.com
hello@mephobiamedia.com
📍 1601 N Sepulveda Blvd
   # 533
   Manhattan Beach, CALIFORNIA
   90266
   United States
   See map (bing.com)

See all company credits (1)

Cast | **Filmmakers** | Images | Videos | Details | Box Office | Companies | News

# Filmmakers

+ Add Filmmakers | Filter by profession ⌄

3 filmmakers

| Director (1) | Known for |
|---|---|
| April Chandler<br>Director | Forgotten ⋮ |

| Producers (3) ⬍ | Known for ⬍ |
|---|---|
| David Ball<br>Line Producer | Day of the Dead (1985) ⋮ |
| April Chandler<br>Producer | Forgotten ⋮ |
| Tom Harrison<br>Executive Producer | The Terror of Hallow's Eve (2017) ⋮ |



**IMDbPro**

Search and Discover

Customize your search ▶

Notifications  Help  You

Home   People ⇕   Titles ⇕   Companies ⇕   Box Office ⇕   News ⇕   Learn

## QFY

85 min | Documentary

Edit page   Add to list   Tracking   ⋮

On a quest for youth to uncover the secrets on how to live longer in my lifetime.

Director         April Chandler
Producer         April Chandler

Find more **movies** with Discover Titles.

**Trending**

MOVIEmeter
📈 580,025

**Status**

Post-Prod                    Edit ✎
Updated Sep 30, 2023

## Contacts                    + Add

Production Company

Mephobia Media

mephobiamedia.com

hello@mephobiamedia.com

📍 1601 N Sepulveda Blvd
   # 533
   Manhattan Beach, CALIFORNIA
   90266
   United States
   See map (bing.com)

ttps://pro.imdb.com/title/tt29352656/cast

Cast   Filmmakers   Images   Videos   Details   Box Office   Companies   News

## Cast                    + Add Cast

18 cast members

| Name ⇕ | | STARmeter ⇕ | Known for ⇕ | |
|---|---|---|---|---|
| | Joseph Dispenza<br>Self | 148,770 | What the #$*! Do We (K)now!?<br>(2004) | ⋮ |
| | April Chandler<br>Narrator | 182,027 | Forgotten | ⋮ |



## QFY
85 min | Documentary

Edit page | Add to list | Tracking

| | | | | |
|---|---|---|---|---|
| Bruce Lipton | Self | 340,384 | Lifestyle Medicine Documentary Film (2017) | ⋮ |
| John Demartini | Self | 349,892 | The Opus (2008) | ⋮ |
| David Wolfe | Self | 374,327 | 100 Days in the Raw (2014) | ⋮ |
| Burt Goldman | Self | 1,117,894 | Tapping the Source (2010) | ⋮ |
| Don Tolman | Self | 1,448,161 | Cancer is Curable NOW (2011) | ⋮ |
| Nicholas Perricone | Self | 1,690,678 | Forever Young with Dr. Nicholas Perricone (2010) | ⋮ |
| Eric Pearl | Self | 1,906,019 | The Portal: Reconnective Healing Online Level 1 Course - Course 1 (2020) | ⋮ |
| Bradley Nelson | Self | 2,192,910 | Superpower: Ignite Your Intuitive Intelligence (2021) | ⋮ |
| Dain Heer | Self | 2,672,923 | QFY 'A Social Experiment' | ⋮ |
| Ben Johnson | | 3,326,217 | QFY | ⋮ |

## QFY
85 min | Documentary

Edit page | Add to list | Tracking

| | | | | |
|---|---|---|---|---|
| Thom Knoles | Self | 3,983,623 | Fountain of Youth (2018) | ⋮ |
| Frank Kinslow | Self | 5,871,675 | Fountain of Youth (2018) | ⋮ |
| Mimi Kirk | Self | 8,258,776 | QFY | ⋮ |
| Gabriel Cousens | Self | 11,559,478 | All Jacked Up (2008) | ⋮ |
| Gurumukh | Self | 12,657,070 | QFY | ⋮ |
| Valerie Hunt | Self | 12,921,318 | QFY | ⋮ |

## MOVIEmeter

580,025 ↑ Up 294,038 this week

# QFY

85 min | Documentary

Edit page · Add to list · Tracking



| | | | |
|---|---|---|---|
| Bruce Lipton — Self | 340,384 | Lifestyle Medicine Documentary Film (2017) | |
| John Demartini — Self | 349,892 | The Opus (2008) | |
| David Wolfe — Self | 374,327 | 100 Days in the Raw (2014) | |
| Burt Goldman — Self | 1,117,894 | Tapping the Source (2010) | |
| Don Tolman — Self | 1,448,161 | Cancer is Curable NOW (2011) | |
| Nicholas Perricone — Self | 1,690,678 | Forever Young with Dr. Nicholas Perricone (2010) | |
| Eric Pearl — Self | 1,906,019 | The Portal: Reconnective Healing Online Level 1 Course - Course 1 (2020) | |
| Bradley Nelson — Self | 2,192,910 | Superpower: Ignite Your Intuitive Intelligence (2021) | |
| Dain Heer — Self | 2,672,923 | QFY 'A Social Experiment' | |
| Ben Johnson | 3,326,217 | QFY | |

EXHIBIT 6

REDACTED VIDEO RELEASES – FILM CAST DO NOT KNOW DEFENDANTS.
PETITIONER HAS ALL ORIGINAL RELEASES AND ALL UPDATED RELEASES TO
SUPPLY DURING DISCOVERY. *NOTE: UPDATED GIVEN THE TIME LAPSE SINCE
INTERVIEWS WERE FILMED.

# Mephobia Media

## *"Fountain of Youth"*

I hereby authorise Director & Producer, April Chandler & Mephobia Media Inc. ("Production Company"), and those acting pursuant to its authority a nonexclusive grant to: (a) Record my likeness and voice on video, audio, photographic, digital, electronic, online format or on any and all other media. (b) Use my name in connection with these recordings. (c) Use, reproduce, publish, republish, exhibit, edit, modify, or distribute, in whole or in part, these recordings in all media without compensation for any purpose that the Production Company, and those acting pursuant to its authority, deem appropriate, including promotional or advertising efforts. These recordings may appear in a variety of formats and media now available to the Production Company and may be available in the future (e.g. print publications, video tapes, CD-ROM, Internet, mobile, digital).

I hereby release the Production Company and those acting pursuant to its authority from liability, claims, and demands for any violation of any personal or proprietary right I may have in connection with such use, including any and all claims for libel, defamation, or invasion of privacy. I understand that all such recordings, in whatever medium, shall remain the property of April Chandler & the Production Company. I have read and fully understand the terms of this release.

Name: Dr John Demartini

Address: ██████████████████████████

City: ███████

State: ███

Zip Code: █████

Phone: ████████

Email: ██████████

Signature: *Dr John Demartini*

Date: 9 /27 /23



**PHOTO/VIDEO RELEASE FORM**

I hereby authorise Director & Producer, April Chandler & Mephobia Media Inc. ("Production Company"), and those acting pursuant to its authority a nonexclusive grant to:

(a) Record my likeness and voice on video, audio, photographic, digital, electronic, online format or on any and all other media.

(b) Use my name in connection with these recordings.

(c) Use, reproduce, publish, republish, exhibit, edit, modify, or distribute, in whole or in part, these recordings in all media without compensation for any purpose that the Production Company, and those acting pursuant to its authority, deem appropriate, including promotional or advertising efforts. These recordings may appear in a variety of formats and media now available to the Production Company and may be available in the future (e.g. print publications, video tapes, CD-ROM, Internet, mobile, digital).

I hereby release the Production Company and those acting pursuant to its authority from liability, claims, and demands for any violation of any personal or proprietary right I may have in connection with such use, including any and all claims for libel, defamation, or invasion of privacy. I understand that all such recordings, in whatever medium, shall remain the property of April Chandler & the Production Company. I have read and fully understand the terms of this release.

Name: Bradley Nelson

Address: ▮▮▮▮▮▮▮▮▮▮

City: ▮▮▮▮▮▮

State: ▮▮ Zip Code: ▮▮▮

Phone: ▮▮▮▮▮ Email: ▮▮▮▮▮▮▮▮

Signature: _Bradley Nelson_ Date: Sep 28, 2023

Parent/Guardian Signature (if under 18): _____ Date: _____



# MEPHOBIA MEDIA

### PHOTO/VIDEO RELEASE FORM

I hereby authorise Director & Producer, April Chandler & Mephobia Media Inc. ("Production Company"), and those acting pursuant to its authority a nonexclusive grant to:

(a) Record my likeness and voice on video, audio, photographic, digital, electronic, online format or on any and all other media.

(b) Use my name in connection with these recordings.

(c) Use, reproduce, publish, republish, exhibit, edit, modify, or distribute, in whole or in part, these recordings in all media without compensation for any purpose that the Production Company, and those acting pursuant to its authority, deem appropriate, including promotional or advertising efforts. These recordings may appear in a variety of formats and media now available to the Production Company and may be available in the future (e.g. print publications, video tapes, CD-ROM, Internet, mobile, digital).

I hereby release the Production Company and those acting pursuant to its authority from liability, claims, and demands for any violation of any personal or proprietary right I may have in connection with such use, including any and all claims for libel, defamation, or invasion of privacy. I understand that all such recordings, in whatever medium, shall remain the property of April Chandler & the Production Company. I have read and fully understand the terms of this release.

Name: _____ *Business Manager for Mountain of Love Productions, Inc on behalf of Bruce H. Lipton, Ph.D.*

Address: _____

City: _____

State: _____ Zip Code: _____

Phone: _____ Email: _____

Signature: _____ Date: 11/1/2023

Parent/Guardian Signature (if under 18): _____ Date: _____



**PHOTO/VIDEO RELEASE FORM**

I hereby authorise Director & Producer, April Chandler & Mephobia Media Inc. ("Production Company"), and those acting pursuant to its authority a nonexclusive grant to:

(a) Record my likeness and voice on video, audio, photographic, digital, electronic, online format or on any and all other media.

(b) Use my name in connection with these recordings.

(c) Use, reproduce, publish, republish, exhibit, edit, modify, or distribute, in whole or in part, these recordings in all media without compensation for any purpose that the Production Company, and those acting pursuant to its authority, deem appropriate, including promotional or advertising efforts. These recordings may appear in a variety of formats and media now available to the Production Company and may be available in the future (e.g. print publications, video tapes, CD-ROM, Internet, mobile, digital).

I hereby release the Production Company and those acting pursuant to its authority from liability, claims, and demands for any violation of any personal or proprietary right I may have in connection with such use, including any and all claims for libel, defamation, or invasion of privacy. I understand that all such recordings, in whatever medium, shall remain the property of April Chandler & the Production Company. I have read and fully understand the terms of this release.

Name: _____ Dain Heer _____

Address: ███████████ _____

City: ███████ _____

State: ██████ _____ Zip Code: ████████ _____

Phone: ██████████ _____ Email: █████████████ _____

Signature: _____ Date: 10 / 23 / 2023

Parent/Guardian Signature (if under 18): _____ Date: _____



### PHOTO/VIDEO RELEASE FORM

I hereby authorise Director & Producer, April Chandler & Mephobia Media Inc. ("Production Company"), and those acting pursuant to its authority a nonexclusive grant to:

(a) Record my likeness and voice on video, audio, photographic, digital, electronic, online format or on any and all other media.

(b) Use my name in connection with these recordings.

(c) Use, reproduce, publish, republish, exhibit, edit, modify, or distribute, in whole or in part, these recordings in all media without compensation for any purpose that the Production Company, and those acting pursuant to its authority, deem appropriate, including promotional or advertising efforts. These recordings may appear in a variety of formats and media now available to the Production Company and may be available in the future (e.g. print publications, video tapes, CD-ROM, Internet, mobile, digital).

d) My name, image, and likeness as well as recordings shall be used in positive, character neutral or uplifting style and edit.

I hereby release the Production Company and those acting pursuant to its authority from liability, claims, and demands for any violation of any personal or proprietary right I may have in connection with such use, including any and all claims for libel, defamation, or invasion of privacy. I understand that all such recordings, in whatever medium, shall remain the property of April Chandler & the Production Company. I have read and fully understand the terms of this release.

David Wolfe's image and likeness and video material shall not be used in a derogatory manner. DW

Name: David Wolfe

Address: ▬▬▬▬▬▬▬

City: ▬▬▬▬▬▬▬

State ▬▬▬ Zip Code ▬▬▬▬▬▬

Phone: ▬▬▬ Email: ▬▬▬▬▬▬▬▬

Signature: Dwolfe          Date: October 19, 2023

Parent/Guardian Signature (if under 18): _____     Date: _____