UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL CHANDLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MALOY<br><br>　　　　Defendant | Case No.: 324-CV-206<br><br>**PROOF OF SERVICE** |

I, Michael Maloy, MAKE OATH AND SAY THAT:

On March 20, 2024, I served a true copy of the attached Notice of Motion, Affidavit and Memorandum of Law to the plaintiff by mailing it in a sealed envelope, with postage prepaid, in a post office within the State of California, addressed to the last known address of the plaintiff as follows:

April Chandler

200 Washington Avenue

#7181

Endicott, NY 13760

In addition, on March 20, 2024, I served a true copy of the attached Notice of Motion, Affidavit and Memorandum of Law to all defendants including Skip Archimedes, Thomas Harrison, David Guc, Vanguard Management Team, Inc. and Harrison Thomas Group LLC via email.

PROOF OF SERVICE - 1

1  3/20/24                              /s/
2  Dated                                Signature
3
4  Michael Maloy                        440 N. Venice Blvd, Venice, CA 90291
5  Name                                 Address
6  310-962-3122                         Maloytv@mac.com
7  Telephone Number                     Email Address

PROOF OF SERVICE - 2

# CALIFORNIA NOTARIAL CERTIFICATE

# (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of March, 20 24, by Michael Maloy, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



Signature Marlene Valencia .       (Seal)

PROOF OF SERVICE - 3