

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**CERTIFICATE OF SERVICE**

Case No: 3:24-cv-206
Date filed: 03/21/2024

Plaintiff: **APRIL CHANDLER**
Defendants: **MARK SKIPPER AKA SKIP ARCHIMEDES, MICHAEL MALOY THOMAS HARRISON, DAVID GUC et al.**

I, April Chandler, hereby certify that I am the plaintiff herein and served a copy of the following documents:

<u>Response to Motion to Dismiss</u> on Defendants:

1) **David Guc/Vanguard Management** at 8060 Melrose Avenue—Suite 400, Los Angeles, California 90046

2) **Thomas Harrison/Harrison Thomas Group** at 12115 San Vicente Blvd, Unit 111, Los Angeles, California, 90049-4929

3) **Michael Maloy/Empirical Media/Reality** at 440 N Venice Blvd, Venice, Los Angeles, California, 90291-4531

4) **Mark Skipper aka Skip Archimedes** at 47 Archdale Close, Kings Lynn, Norfolk, PE330QG, United Kingdom

in a 1st Class postpaid properly addressed envelope under the exclusive care and custody of the United States Post Office by mailing and depositing a true and correct copy of said document at:

USPS 200 WASHINGTON AVENUE, ENDICOTT, NEW YORK, 13760

on the following date: 03/21/2024

I certify that the foregoing is true and correct.

Dated: 03/21/2024

Signed: _____
Name: April Chandler