

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Apr 02 - 2024**
John M. Domurad, Clerk

Civil Action No.     **3:24-CV-00206-GTS-ML**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Empirical Media**
was recieved by me on  **3/29/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Michael Maloy, owner**, who is designated by law to accept service of process on behalf of **Empirical Media** at **440 N Venice Blvd, Venice, CA 90291** on **03/30/2024 at 10:26 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  04/02/2024

*Server's signature*

**Adam Jensen**
Printed name and title

**3042 Paula Dr**
**Santa Monica, CA 90405**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Michael Maloy, owner who identified themselves as the owner with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact over 65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**



Tracking #: 0128820663
