AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:24-CV-00206-GTS-ML**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Vanguard Management Team, Inc** was recieved by me on **3/28/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Amanda Doe**, who is designated by law to accept service of process on behalf of **Vanguard Management Team, Inc** at **8060 Melrose Ave Ste 400, Los Angeles, CA 90046** on **03/29/2024 at 12:39 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 04/01/2024

*Server's signature*

**Andy Guerridos**
*Printed name and title*

**4874 East Gage Ave,
106
Bell, CA 90201**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Amanda Doe who identified themselves as the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: 0128674177