Civil Action No. 3:24-cv-206 (GTS/ML

**U.S. DISTRICT COURT – N.D. OF N.Y.**
**FILED**
**Apr 03 - 2024**
John M. Domurad, Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Skipper
was received by me on *(date)* 28th February 2024.

☒ I personally served the summons on the individual at *(place)* 47 archdale close, kings Lynn, norfolk, pe330qg
on *(date)* 20th March 2024 at 11.57 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 250.00 for travel and $ 0 for services, for a total of $ 250.00.

I declare under penalty of perjury that this information is true.

Date: 25th March 2024

*Server's signature:* TB

*Printed name and title:* Terry Barnett

*Server's address:* 52 Upper Street, London, N1

Additional information regarding attempted service, etc:

I delivered the documents to Mark Skipper with identity confirmed by subject saying yes when named. The individual accepted service and appeared to be brown haired, white male over 60 years of age, 5'7"-5'9" tall and weighing 180-190 lbs.