AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-206 (GTS/ML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Skipper
was received by me on *(date)* 17th July 2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Janette
Defendant's Mum , a person of suitable age and discretion who resides there,
on *(date)* 18th July 2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 650  for travel and $ 0  for services, for a total of $ 650   0  .

I declare under penalty of perjury that this information is true.

Date: 24th July 2024

*LR*
Server's signature

Lou Richardson, Process Server
Printed name and title

14 Berkeley Street, W1
Server's address

Additional information regarding attempted service, etc:
17th July 2024 service attempted 10.04am, 2.10pm, 6.22pm and 9.17pm. Individual fitting description of Mark Skipper seen in the window multiple times, but refused to answer the door.
18th July 2024 9.11am an elderly woman answered the door. She said her son was ill and couldn't come to the door. A man approximately 76 years old came to the door. She identified as Janette. She said she would accept the papers and give them straight to her son. She said he was aware of the court case in America and his solicitor was dealing with it to contact him and stop going to the house. I mailed all court documents, including second amended complaint first class post to same residence marked confidential & private addressed to Mark Skipper on 18th July 2024.